IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

PEDRO LOPEZ DIAZ
ROSA M. MOJICA OCASIO
          DEBTORS

CASE NUM.: 10-11147 ESL

CHAPTER 13 (ASSET CASE)

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. The undersigned attorney hereby certificates that has notified all creditors and persons with interest as per master address list of the Chapter 13, **dated 1/20/2011**.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of this service.

In San Juan, Puerto Rico, this 20 day of January, 2011.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **Alejandro Oliveras, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

                            **RESPECTFULLY SUBMITTED.**

                            */S/MARILYN VALDES ORTEGA*
                            **MARILYN VALDES ORTEGA**
                            USDC PR 214711
                            P.O.Box 195596
                            San Juan, PR 00919-5596
                            Tel. (787) 758-4400
                            Fax. (787) 763-0144
                            E-mail: valdeslaw@prtc.net

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:  
**LOPEZ DIAZ, PEDRO & OCASIO MOJICA, ROSA M**  
Debtor(s)

Case No. **10-11147-13**  
Chapter **13**

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____  
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: **1/20/2011**  
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **425.00** x **60** = $ **25,500.00**  
$ ___ x ___ = $ ___  
$ ___ x ___ = $ ___  
$ ___ x ___ = $ ___  
$ ___ x ___ = $ ___  

TOTAL: $ **25,500.00**

Additional Payments:  
$ ___ to be paid as a LUMP SUM within ___ with proceeds to come from:

☐ Sale of Property identified as follows:  
___

☐ Other:  
___

Periodic Payments to be made other than, and in addition to the above:  
$ ___ x ___ = $ ___

PROPOSED BASE: $ **25,500.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **3,000.00**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR $ ___  
B. SECURED CLAIMS:  
☐ Debtor represents no secured claims.  
☑ Creditors having secured claims will retain their liens and shall be paid as follows:  
1. ☐ Trustee pays secured ARREARS:  
Cr. ___ Cr. ___ Cr. ___  
# ___ # ___ # ___  
$ ___ $ ___ $ ___  

2. ☑ Trustee pays IN FULL Secured Claims:  
Cr. **TOYOTA FINANCIAL** Cr. ___ Cr. ___  
# **0400075987** # ___ # ___  
$ **3,467.15** $ ___ $ ___  

3. ☐ Trustee pays VALUE OF COLLATERAL:  
Cr. ___ Cr. ___ Cr. ___  
# ___ # ___ # ___  
$ ___ $ ___ $ ___  

4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder: ___

5. ☐ Other: ___

6. ☐ Debtor otherwise maintains regular payments directly to: ___

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)  
D. UNSECURED CLAIMS: Plan ☑ Classifies ☐ Does not Classify Claims.  
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___  
☑ Paid 100% / ☐ Other: ___  
Cr. **ISLAND FINANCE** Cr. ___ Cr. ___  
# **0100706324** # ___ # ___  
$ **5,016.23** $ ___ $ ___  
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)  
TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR 11 USC 330.

FAILURE TO TIMELY OBJECT TO THIS PLAN CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT UNDER 11 USC 1325(a)(5).

ADEQUATE PROTECTION PAYMENT TO TOYOTA FINANCIAL UNTIL CONFIRMATION $30.00 TO BE PAID BY TRUSTEE MONTHLY.

INSURANCE TO TOYOTA FINANCIAL THROUGH EASTERN AMERICA INSURANCE CO. AT THE END OF SALES CONTRACT IN THE APROXIMATE AMOUNT OF 500.00 DISBURSEMENT TO EASTERN AMERICA INSURANCE TO BEGIN AT END OF THE SALES CONTRACT ON APRIL 2011

Signed: /s/ **PEDRO LOPEZ DIAZ**  
Debtor

/s/ **ROSA M OCASIO MOJICA**  
Joint Debtor

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**  
Phone: **(787) 758-4400**

CHAPTER 13 PAYMENT PLAN

LOPEZ DIAZ PEDRO
PO BOX 20040
SAN JUAN PR 00928

DEPARTAMENTO DEL TRABAJO
AVE MUÑOZ RIVERA 505
HATO REY PR 00918

OCASIO MOJICA ROSA M
PO BOX 20040
SAN JUAN PR 00928

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN PR 00902-0192

MARILYN VALDES ORTEGA LAW OFFICES
PO BOX 195596
SAN JUAN PR 00919-5596

FIA CARD SERVICES
PO BOX 15026
WILMINGTON DE 19850-5026

AT&T
PO BOX 15067
SAN JUAN PR 00902-8567

HOME DEPOT CREDIT SERVICES
PROCESSING CENTER
DES MOINES IA 50364

BANCO POPULAR DE PR
PO BOX 366818
SAN JUAN PR 00936-6818

ISLAND FINANCE
PO BOX 71504
SAN JUAN PR 00936

BANCO SANTANDER DE PR
PO BOX 362589
SAN JUAN PR 00936

LUCY LOPEZ OCASIO
PO BOX 20040
SAN JUAN PR 00928

CITIFIANCIAL RETAIL SERVICES DE PR
PO BOX 71328
SAN JUAN PR 00936-8428

TOYOTA FINANCIAL SERVICES
PO BOX 71410
SAN JUAN PR 00936-8510

CITIFINANCIAL PLUS
PO BOX 71325 SUITE 67
SAN JUAN PR 00936

COOP A/C LA PUERTORIQUEÑA
PO BOX 20645
SAN JUAN PR 00928-0645

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN PR 00902-4140